HARPER CONSTRUCTION, INC., Respondent, v. MICHAEL J. GROSSMAN et al., Appellants.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.

HAVIL'S JEWELERS OF RIVERHEAD, INC., Respondent, v. NEW ZEALAND INSURANCE COMPANY, LIMITED, Appellant, et al., Defendant.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Benjamin, JJ., concur.